IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01738-RPM-CBS

MORRIS LAW OFFICE, P.C., a Virginia corporation,

     Plaintiff,

v.

JAMES E. TATUM,
ANN M. TATUM and
SOLITARIO PURGATORY, L.L.C.,
a Colorado limited liability company,

     Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

     This matter having come before the Court on the parties' Stipulation for Dismissal with Prejudice, filed June 19, 2006 (Doc. 34), and the Court being fully advised, it is

     ORDERED that this civil action is dismissed with prejudice, each party to pay its own attorney fees and costs.

     DATED: June 19th, 2006

                            BY THE COURT:

                            s/ Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge